1 BENJAMIN B. WAGNER
United States Attorney
2 MELANIE L. ALSWORTH
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4098
Facsimile: (559) 497-4099





Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JESUS DIAZ,<br><br>　　　　　Defendant. | CASE NO. 1:15 CR 00194 AWI BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 23, 2015, charging the above defendants with 18 U.S.C. § 922(g)(1) Prohibited Person in Possession of a Firearm and Criminal Forfeiture Allegations be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no

////
////
////
////
////
////

1 | person shall disclose the findings of the Indictment or any warrants issued pursuant thereto,
2 | except when necessary for the issuance and execution of the warrant.

3 | DATED: July 2, 2015          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By     /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 23, 2015

U.S. Magistrate Judge

Motion to seal Indictment and proposed order