**BONAKDAR**
LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, JESUS DIAZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00194-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING DEADLINES** |
| v. | |
| JESUS DIAZ, | |
| Defendant. | |

WHEREAS the Sentencing Hearing had been scheduled in this matter for June 13, 2016;

WHEREAS Roger S. Bonakdar, counsel for Defendant JESUS DIAZ requests additional time to meet with Probation Officer Ms. Wright and Mr. Diaz to meet and confer regarding the Presentence Investigation Report and recommendation of Probation.

WHEREAS the purpose of the instant request is to allow the parties to exchange informal objections to the PSR, in preparation for sentencing. Specifically, there is a dispute as to the applicable base offense level, which the parties wish to explore. The base offense level, of course, directly bears on the sentence to be imposed, and is thus material to sentencing.

///

THEREFORE, IT IS STIPULATED by and between the parties that the June 13, 2016, sentencing hearing be continued to July 25, 2016, with all applicable deadlines for exchange of informal objections and filing of formal objections being reset, based on the new hearing date.

IT IS SO STIPULATED:


Date:  June 17, 2016                    BONAKDAR LAW FIRM

                                        /S/ Roger S. Bonakdar
                                        ROGER S. BONAKDAR
                                        Attorney for Defendant,
                                        Manuel Villarreal

Date: June 17, 2016                     UNITED STATES PROBATION

                                        /s/ Nicole Wright
                                        Nicole Wright
                                        United States Probation Officer


Date:  June 17, 2016                    UNITED STATES ATTORNEY

                                        /s/ Melanie L. Alsworth
                                        Melanie L. Alsworth
                                        Assistant United State's Attorney

**ORDER**

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

The June 13, 2016, sentencing hearing was continued by minute order to July 25, 2016.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall be extended to reconcile with the continued Sentencing Hearing date of July 25, 2016.

IT IS SO ORDERED.

Dated:   **June 20, 2016**

UNITED STATES DISTRICT JUDGE