**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, JESUS DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESUS DIAZ,<br><br>　　　　　Defendant. | Case No. 1:15-CR-00194-001<br><br>**STIPULATION RE VIOLATION OF SUPERVISED RELEASE; ORDER THEREON** |

The parties had reached a stipulated disposition of the supervised release matter, in the above-referenced case;

One of the terms was one year (12 months) of supervised release, after release from custody. Unfortunately, due to error by probation, the RPO stated that Defendant would receive a longer term of supervised release than was agreed.

Counsel for Defendant raised the error to Counsel for the Government and Probation. The parties are in agreement that Defendant's sentence should be corrected, to reflect 12 months of supervised release. The parties agree that all other terms of the disposition remain the same.

///

-1-

| | | |
|---|---|---|
| 1 | Date: July 13, 2021 | BONAKDAR LAW FIRM |
| 2 | | /S/ Roger S. Bonakdar |
| 3 | | ROGER S. BONAKDAR<br>Attorney for Defendant, |
| 4 | | Jose Diaz |
| 6 | Date: July 13, 2021 | UNITED STATES ATTORNEY |
| 7 | | /s/ Melanie Alsworth |
| 8 | | Melanie Alsworth<br>Assistant United States Attorney |
| 10 | Date: July 13, 2021 | UNITED STATES PROBATION |
| 13 | | /s/ Laura Weigel<br>Laura Weigel |
| 14 | | Supervising United States<br>Probation Officer |

[ORDER TO FOLLOW]

ORDER

In light of the parties' stipulation and good cause appearing, the sentence/disposition of the supervised release violation entered on or about April 27, 2021, is hereby amended to reflect a 12 month term of supervised release, upon the defendant's release from custody.

All other terms of the order and disposition not expressly amended by this order remain in full force and effect.

IT IS SO ORDERED.

Dated: __**August 3, 2021**__    _____
UNITED STATES DISTRICT JUDGE